```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 07-60342-CIV-GRAHAM
                         MAGISTRATE JUDGE P.A. WHITE
```

WILLIE PHILLIPS,                :

    Petitioner,             :
                                              REPORT RECOMMENDING DENIAL OF
v.                              :   CERTIFICATE OF APPEALABILITY
                                                STATE HABEAS CORPUS
WALTER A. MCNEIL,               :

    Respondent.             :
_____

     This Cause is before the Court upon the petitioner's notice of appeal(DE#37), in legal effect a motion for certificate of appealability, pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996. See: Edwards v. United States, 114 F.3d 1083 (11 Cir. 1987). This motion has been referred to the Undersigned for consideration and report.

     The petitioner is seeking to appeal the Order of Judge Donald Graham denying his motion for relief from judgment filed pursuant to Rule 60(b) (DE#35). A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

     To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right.  28 U.S.C. §2253(c)(2) and (3).  Review of the file in this case reveals that no such showing has been made.

Further, the Court's docket indicates that the appeal was dismissed for failure to pay the filing fee on November 10, 2009, Case No. 09-15059. (DE#41)

It is therefore recommended that the Court dismiss the motion for certificate of appealability as moot.[1] (DE#37).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 19th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Willie Phillips, Pro Se
    Address of record

    Appeals Section
    United States District Court

---

[1] Even if the appeal were to be reinstated upon a payment of the fee, it would be recommended that the motion for certificate of appealability be denied as having no merit. (DE#37).