UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-60342-CIV-GRAHAM

WILLIE PHILLIPS,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Willie Phillip's notice of appeal, construed as a motion for certificate of appealability [D.E. 37].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida. Judge White has issued a Report and Recommendation [D.E. 42] (the "Magistrate Judge's Report") for this Court's consideration recommending that the motion be denied. Petitioner has not filed objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and

Recommendation [D.E. 42] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Willie Phillip's notice of appeal, construed as a motion for certificate of appealability [D.E. 37], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of December, 2009.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Willie Phillips, Pro Se
    Counsel of Record